A08A2315. ADAMS v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY.

(707 SE2d 928)

BARNES, Presiding Judge.

In *State Farm Mut. Automobile Ins. Co. v. Adams*, 288 Ga. 315 (702 SE2d 898) (2010), the Supreme Court of Georgia reversed this Court's decision in *Adams v. State Farm Mut. Automobile Ins. Co.*, 298 Ga. App. 249 (679 SE2d 726) (2009). The Supreme Court held that the trial court did not err in granting summary judgment to State Farm Mutual Automobile Insurance Company and in denying summary judgment to Randolph Adams. Accordingly, our prior judgment in this case is vacated, the judgment of the Supreme Court is made the judgment of this Court, and the judgment of the trial court is affirmed.

*Judgment affirmed. Ellington, C. J., Smith, P. J., Miller, P. J., Phipps, P. J., Blackwell and McFadden, JJ., concur.*

DECIDED MARCH 18, 2011.

*Chambers, Aholt & Rickard, Clyde E. Rickard III*, for appellant.
*Harper, Waldon & Craig, Russell D. Waldon, Kimberly A. McNamara, William M. Cheves, Jr., Jane N. Wilkes, Ryan A. Johnson, Rodney S. Shockley*, for appellee.

*Matthew Nasrallah, Jonah A. Flynn*, amici curiae.